[No. 69629-7-I. Division One. January 13, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LEON DIXON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-01150-2, Richard T. Okrent, J., entered November 20, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Lau, JJ.

[No. 69642-4-I. Division One. January 13, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KYLE ALLYN HEWSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-02193-5, Cheryl B. Carey, J., entered November 2, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, A.C.J., and Schindler, J.

[No. 69758-7-I. Division One. January 13, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. R.R.T., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-8-02336-2, Palmer Robinson, J., entered January 2, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, A.C.J., and Schindler, J.

[No. 69916-4-I. Division One. January 13, 2014.]

CLARENCE T. MCDONALD ET AL., *Appellants*, v. COVE TO CLOVER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-17227-7, Suzanne Parisien, J., entered January 25, 2013. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Leach, C.J., and Grosse, J. Now published at 180 Wn. App. 1.